(No. 74-CC-627—Claimant )

BISMARCK HOTEL, Claimant, *vs.* STATE OF ILLINOIS,
SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed May 10, 1974.*

BISMARCK HOTEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,
Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-630—Claimant )

LOUIS R. SILVERMAN, Claimant, *vs.* STATE OF ILLINOIS,
CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed May 10, 1974.*

LOUIS R. SILVERMAN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,
Assistant Attorney General, for Respondent.

PER CURIAM.